UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN FISHMAN,                      )   Case No. 2:19-cv-7202-MWF-JC
                        Petitioner,  )
                                     )   JUDGMENT
              v.                     )
                                     )
WILLIAM P. BARR,                     )
Attorney General,                    )
                                     )
                        Respondent.  )
_____     )

       Pursuant to this Court's Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person
Detained in Federal Custody Pursuant to:  28 U.S.C. § 2241 and Report of
Criminal Misconduct Pursuant to: 18 U.S.C. § 4" and this action are dismissed
without prejudice.

       IT IS SO ORDERED.


DATED: July 31, 2020

                              _____

                              MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE